| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>L. Bishop Austin<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for: Debtor* | FOR COURT USE ONLY |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Omar I. Martinez<br><br>Debtor(s). | CHAPTER: 13<br>CASE NO.: 2:10-bk-49285-EC<br><br>DATE:  October 5, 2010<br>TIME:  01:30 pm<br>CTRM: 1636<br>FLOOR: 16TH |

### NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE
(with supporting declarations)
**(MOVANT: DEBTOR OMAR I. MARTINEZ )**

1. NOTICE IS HEREBY GIVEN to **LBS Financial Credit Union, Score Properties Trust Funds**. ("Secured Creditors/Lessor"), CHAPTER 13 Trustee (if any), and ALL affected creditors("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the Motion on the grounds set forth in the attached Motion.

2. **Hearing Location:**  ☒ **255 East Temple Street, Los Angeles**    ☐ 411 West Fourth Street, Santa Ana
   ☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara
   ☐ 3420 Twelfth Street, Riverside

3. a. ☒ This Motion is being heard on **REGULAR NOTICE** pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

   b. ☐ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:
   ☐ at the hearing    ☐ at least ___ court days before the hearing.

   (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court and such motion and order have been or are being served upon the appropriate creditor(s) and trustee, if any..

   (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's office to obtain a copy of an approved court form for use in preparing your response (*Optional Court Form F 4001-1M.RES*), or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                          **F 4001-1M.IS**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                                  Best Case Bankruptcy

| In re | CHAPTER: 13 |
|---|---|
| Omar I. Martinez | |
| Debtor(s). | CASE NO.: 2:10-bk-49285-EC |

5.  If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

| Dated:   September 17, 2010 | L. BISHOP AUSTIN & ASSOCIATES |
|---|---|
| | *Print Law Firm Name (if applicable)* |
| L. Bishop Austin 175497 | /s/ L. Bishop Austin |
| *Print Name of Individual Movant or Attorney for Movant* | *Signature of Individual Movant or Attorney for Movant* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-1M.IS**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 3 of 8*       F 4001-1M.IS

| In re | CHAPTER: 13 |
|---|---|
| Omar I. Martinez | |
| Debtor(s). | CASE NO.: 2:10-bk-49285-EC |

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE
## (MOVANT:  DEBTOR OMAR I. MARTINEZ  )

1. **The Property or Debt at issue:**

   a. ☒ Movant moves for an order imposing a stay with respect to the following property ("this Property" or "the "Property"):

   ☒ Vehicle *(describe year, manufacturer, type, and model)*: Hummer H2 2003
      Vehicle Identification Number: 5grgn23u63h127723
      Location of vehicle (if known): Debtor's possession

   ☒ Real Property
      Street Address: 9714 S. Broadway St.,
      Apt./Suite No.:
      City, State, Zip Code: Los Angeles, CA 90003
         Legal description or document recording number(include county of recording): APN # 6053-013-004

   ☒ Real Property
      Street Address: 9718 S. Broadway St.,
      Apt./Suite No.:
      City, State, Zip Code: Los Angeles, CA 90003
         Legal description or document recording number(include county of recording): APN # 6053-013-005

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) Score Properties Trustee Fund, and LBS Financial Credit Union  to secure the TOTAL sum of approximately $ 675,000.00   now owed. ("Secured Creditor/Lessor").  Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached.  (*Attach additional sheets as necessary*)

   b. ☐ Movant moves for an order **imposing a stay** with respect to *any* and *all* actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditors/Lessors* as described in this motion; and/or

   c. ☐ Movant moves for an order **imposing a stay** as to all creditors.

   d. ☐ Movant moves for an order **continuing the automatic stay** with respect to *any* and *all* actions against the Debtor and the estate taken concerning the debt/lease owed to the *Secured Creditor/Lessor*, and/or

   e. ☒ Movant moves for an order **continuing the automatic stay** *as to all creditors*.

2. **Case History:**

   a. ☒ A voluntary   ☐ An involuntary petition concerning an individual(s) under Chapter ☐7  ☐11  ☐12  ☒13
      was filed concerning the present case on *(specify date)*: 09/15/2010

   b. ☐ An Order of Conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13
      was entered on *(specify date)*:

   c. ☐ Plan was confirmed on *(specify date)*:

   d. ☒ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the peition date in this case.  These cases and the reasons for dismissal are:
      1. Case Name: Omar I. Martinez
         Case Number: 2:10-bk-21584-VK    Chapter: 13
         Date Filed: 03/27/2010          Date Dismissed: 09/14/2010
         Relief from stay re this property        ☐ was     ☒ was not granted
         Reason for dismissal: MORTGAGE PAYMENT DECLARATION NOT FILED IN COURT ON TIME

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                              F 4001-1M.IS

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                          Best Case Bankruptcy

| In re | | CHAPTER: 13 |
|---|---|---|
| Omar I. Martinez | | |
| | Debtor(s). | CASE NO.: 2:10-bk-49285-EC |

    2. Case Name:
       Case Number:                    Chapter:
       Date Filed:                          Date Dismissed:

       Relief from stay re this property    ☐ was    ☐ was not granted
       Reason for dismissal:

       ☐ See attached continuation page

    e.  ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

    f.  ☐ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was __ and the court ☐ has ☐ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date (if applicable) is __

    g.  ☐ In a previous case(s), as of the date of dismissal there was ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3.  The equity in the property is calculated as follows:

a  1.  Property description/value: **9714 S. Broadway St., Los Angeles, CA 90003**    $ 140,000.00

    2.  Creditor/Lien amount: Los Angeles County Treasurer and Tax Collector    $ 29,460.39

    3.  Creditor/Lien amount: Score Properties Trustee Fund.    $ 220,000.00

    4.  Creditor/Lien amount: NONE    $

    5.  Total Liens    $ 249,460.39

    6.  Debtor's Homestead Exemption    $ 0.00

    7.  Equity in the Property    $ 0.00

b.  1.  Property description/value: **9718 S. Broadway St., Los Angeles, CA 90003**    $ 400,000.00

    2.  Creditor/Lien amount: Los Angeles County Treasurer and Tax Collector    $ 3,500.00

    3.  Creditor/Lien amount: Score Properties Trustee Fund.    $ 440,000.00

    4.  Creditor/Lien amount: NONE    $

    5.  Total Liens    $ 443,500.00

    6.  Debtor's Homestead Exemption    $ 75,000.00

    7.  Equity in the Property    $ 0.00

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-1M.IS**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 5 of 8*    **F 4001-1M.IS**

| In re | CHAPTER: 13 |
|---|---|
| Omar I. Martinez | |
| Debtor(s). | CASE NO.: 2:10-bk-49285-EC |

c. 1. Propery description/value: **Hummer H2, 2003 vehicle for debtor's own transportation**     $ 10,000.00

   2. Creditor/Lien amount: LBS Financial Credit Union     $ 15,000.00

   3. Creditor/Lien amount: none     $ 0.00

   6. Total Liens     $ 15,000.00

   8. Equity in the Property     $ 0.00

☐ See attached continuation page(s)

4. **Grounds for Continuing the Stay:**

  a. ☒ Pursuant to 11 U.S.C. § 362(c)(3), the stay should be continued on the following grounds:

    1. ☒ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual debtor which was pending within the year preceding the petition date was dismissed because:

      A. ☐ The prior dismissal was of a case not refiled under Chapter 7 after dismissal under 11 U.S.C.§707(b);

      B. ☒ Good faith is shown because Debtor is current with mortgage payments and the vehicle will be paid through the Chapter 13 plan

    2. ☒ The Property is of consequential value or benefit to the estate because:

      A. ☐ The fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached (describe separately as to each property);.

      B. ☒ The Property is necessary to a reorganization for the following reasons: Debtor's residence and mixed income property, and vehicle if for debtor's own transportation

      C. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:) __

    3. ☒ the presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

      A. ☐ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);

      B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting in dismissal was excusable because such failure was caused by the negligence of debtor's attorney;

      C. ☒ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting dismissal was excusable because DEBTOR DID NOT PROVIDE ON TIME THE EVIDENCE OF PAYMENTS BEFORE THE CONFIRMATION HEARING

      D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

      E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

      F. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal os the prior case(s) as follows: __, From this, the Court may conclude that this case, if a case under Chapter 7, will result in a discharge or, if under Chapter 11 or 13, in a confirmed plan that will be fully performed.

      G. ☐ For the following additional reasons __

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 4001-1M.IS**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

| Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 6 of 8* | F 4001-1M.IS |
|---|---|
| In re<br>Omar I. Martinez<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NO.: 2:10-bk-49285-EC |

4. ☒ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because <u>Debtor is current with mortgage payments and the vehicle will be paid through the Chapter 13 plan</u>

5. **Grounds for Imposing a Stay:**
   a. ☒ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:

   1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

      2. ☒ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: <u>Debtor's residence and mixed income property, and vehicle if for debtor's own transportation</u>

   3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection): __

   b. ☒ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual debtor pending within the year preceding the petition date were dismissed, because:

   1. ☐ The prior dismissal was of a case not refiled under Chapter 7 after dismissal under 11 U.S.C.§707(b);

   2. ☒ Good faith is shown because <u>Debtor is current with mortgage payments and the vehicle will be paid through the Chapter 13 plan</u>

   c. ☒ The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

   1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11, resulting in the prior dismissal(s) as follows: __

   2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting dismissal was as the result of the negligence of Debtor's attorney;

   3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because

   4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

   5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __ (from which the Court may conclude that this case, if a case under Chapter 7, may be concluded with a discharge or, if under Chapter 11 or 13, with a confirmed plan that will be fully performed.
      ☐ See attached continuation page

   6. ☒ For the following additional reasons <u>Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 and resulting dismissal was excusable because DEBTOR DID NOT PROVIDE ON TIME THE EVIDENCE OF PAYMENTS BEFORE THE CONFIRMATION HEARING</u>

   d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because __
      ☐ See attached continuation page

6. **Evidence in Support of Motion: (Important Note: Declaration(s) in support of the Motion MUST be attached hereto).**
   a. ☐ Movant submits the attached Declaration(s) on the Court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.

   b. ☐ Other Declaration(s) are also attached in support of this Motion

   c. ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 4001-1M.IS

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy

Motion for Order Imposing a Stay or Continuing the Automatic Stay - *Page 7 of 8*   F 4001-1M.IS

| In re | CHAPTER: 13 |
|---|---|
| Omar I. Martinez | |
| Debtor(s). | CASE NO.: 2:10-bk-49285-EC |

concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit __.

d. ☒ Other evidence (specify): __DEBTOR' DECLARATION__

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested)*:

1. ☒ That the Automatic Stay be continued in effect as to *all creditors* until further order of the court.

2. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☐ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☒ That a Stay be imposed as to *all creditors* until further order of the court..

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by (specify proposed adequate protection) __

8. ☐ For other relief requested, see attached continuation page.

Dated: September 17, 2010

Respectfully submitted,

Omar I Martinez
*Movant Name*

L. BISHOP AUSTIN & ASSOCIATES
*Firm Name of Attorney for Movant (if applicable)*

By: /s/ L. Bishop Austin
*Signature*

Name: L. Bishop Austin 175497
*Typed Name of Individual Movant or Attorney for Movant*

### DECLARATION OF MOVANT

I __L. BISHOP AUSTIN__, am the __ATTORNEY__ of Movant. I have read the foregoing motion consisting of _ pages, and the attached materials incorporated therein by reference. I declare that the foregoing is true and correct to the best of my knowledge. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the debtor's account on or near the date of events recorded. I am one of the custodians of such business records. Executed this __September 17, 2010__ at __LOS ANGELES, CALIFORNIA__.

/s/ L. Bishop Austin
(Signature of declarant)

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 4001-1M.IS

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy