**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Omar I Martinez | CASE NO.: LA10-49285-EC |
| DEBTOR(S) | **NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS** |
| | DATE: October 15, 2010 |
| | TIME  11:30 am |
| | PLACE: ERNST & YOUNG PLAZA |
| | 725 S. FIGUEROA ST. ROOM 103 |
| | LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will now occur at the time and place listed above.**

**Dated:  10/4/10**

_____

**Kathy A. Dockery**
**Chapter 13 Trustee**

| | |
|---|---|
| In re: **OMAR I MARTINEZ** | CHAPTER: 13 |
| | CASE NUMBER: **LA10-49285-EC** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On 10/4/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/4/2010 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-3.1**

| | |
|---|---|
| In re: **OMAR I MARTINEZ** | CHAPTER: 13 |
| | CASE NUMBER: **LA10-49285-EC** |

## Service List

AT&T
PO BOX 78522
Phoenix, AZ 85062

Bank of America
PO Box 15726
Wilmington, DE 19886

Best Buy Retail Services
PO Box 60148
City of Industry, CA 91716

Chapter 13 Trustee Nancy K Curry
606 S. Olive St # 950
Los Angeles, CA 90014

DirecTV
Allied Interstate
435 Ford Rd Ste 800
Minneapolis, MN 55426

Equable Ascent Financial
1120 W Lake Cook Rd Ste 372
Buffalo Grove, IL 60089

Equifax Credit Information
Bankruptcy Notification
PO BOX 740241
Atlanta, GA 30374

Experian
Bankruptcy Notification
475 Anton Blvd
Costa Mesa, CA 92626

Famsa Inc
12801 Leffingwell Ave
Santa Fe Springs, CA 90670

Famsa Inc.
PO Box 15248
Los Angeles, CA 90015

FCI Lender Services, Inc
8180 East Kaiser Blvd
Anaheim, CA 92808

FIRST ELECTRONIC BANK
PO BOX 760
DRAPER, UT 84020

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

GE MONEY BANK
PO BOX 981127
EL PASO, TX 79998

Household Finance
PO BOX 1547
Chesapeake, VA 23327

HSBC
PO BOX 60139
CITY OF INDUSTRY, CA 91716

L BISHOP AUSTIN & ASSOCIATES
3250 WILSHIRE BLVD
SUITE 1500
LOS ANGELES, CA 90010

L.A. COUNTY TREASURER
AND TAX COLLECTOR
PO BOX 54110
Los Angeles, CA 90054

Law Office Jeffrey R Stark
3828 Carson St., Ste 100
Torrance, CA 90503

LBS FINANCIAL CREDIT UNION
P O BOX 4860
LONG BEACH, CA 90804-0860

LOS ANGELES COUNTY TREASURER AND TAX
COLLECTOR
P O BOX # 54110
LOS ANGELES, CA 90054-0110

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
P O BOX 10587
GREENVILLE, SC 29603-0587

OLD NAVY
P.O. BOX 530942
ATLANTA, GA 30353-0942

Omar I Martinez
9720 S Broadway St, #3
Los Angeles, CA 90003

ROUNDUP FUNDING, LLC
MS 550
PO BOX 91121
SEATTLE, WA 98111-9221

Score Properties Trustee Fund
3200 Mulford Ave
Ste 201
Lynwood, CA 90262

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                **F 9013-3.1**